**2006–0267. Roth, Blair, Roberts, Strasfeld & Lodge v. Wilkins.**
Board of Tax Appeals, No. 2004–M–1092. On joint motion to vacate the order of the Board of Tax Appeals and remand the cause to the Tax Commissioner. Motion granted.

**2006–0824. Bellville v. Kieffaber.**
Richland App. No. 2005CA0061, 2005-Ohio-6879. On motion to clarify or correct the issue certified as in conflict by the court of appeals. Motion denied.

**2006–0896. Barth v. Barth.**
Cuyahoga App. No. 86473, 2006-Ohio-1094. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed April 11, 2006:

"Whether the sixth-month residency requirement for jurisdiction set forth in R.C. 3105.03 is a strict test or may a court examine one party's intent and the other party's fraudulent inducement in abandoning Ohio as their domicile."

MOYER, C.J., LUNDBERG STRATTON and LANZINGER, JJ., dissent.

The conflict cases are *McMaken v. McMaken* (1994), 96 Ohio App.3d 402, and *Heath v. Heath* (Mar. 7, 1997), Lucas App. No. L–96–288.

**2006–1110. State v. Maddox.**
Montgomery App. No. 21133, 2006-Ohio-2127. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; cause consolidated with 2006–1095, *State v. Maddox,* Montgomery App. No. 21133, 2006-Ohio-2127; and briefing schedule stayed.

**2006–1130. State v. McKinley.**
Logan App. No. 8–05–14, 2006-Ohio-2507. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; and briefing schedule stayed.

**2006–1202. State v. Moncrief.**
Cuyahoga App. No. 85479, 2005-Ohio-4812. On motion for leave to file delayed appeal. Motion denied.

**2006–1206. State v. Bowerman.**
Stark App. No. 2004CA00319, 2005-Ohio-6659. On motion for leave to file delayed appeal. Motion granted.

**2006–1211. Allianz Global Risks US Ins. Co. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 05–1011–EL–CSS and 05–1012–EL–CSS. On motions for admission pro hac vice of Christina L. Weeks, Daniel G. Galivan, and Jeffrey R. Learned by Leslie E. Wargo. Motions granted.

**2006–1212. Arbino v. Johnson & Johnson.**
Certified Question of State Law, United States District Court for the Northern District of Ohio, Western Division, No. 3:06 CV 40010. On review of preliminary memoranda pursuant to S.Ct.Prac.R. XVIII(6). The court will answer the following questions:

1. "Is Ohio Revised Code {2315.18, as amended by Senate Bill 80, effective, April 7, 2005, unconstitutional on the grounds as stated by the Plaintiffs?"

3. "Is Ohio Revised Code {2315.20, as amended by Senate Bill 80, effective, April 7, 2005, unconstitutional on the grounds as stated by the Plaintiffs?"

4. "Is Ohio Revised Code {2315.21, as amended by Senate Bill 80, effective, April 7, 2005, unconstitutional on the grounds as stated by the Plaintiffs?"

O'CONNOR, O'DONNELL and LANZINGER, JJ., would also answer the second certified question.
PFEIFER, J., dissents.
RESNICK, J., not participating.
On motion for admission pro hac vice of Robert S. Peck and Stephen B. Pershing by Janet G. Abaray. Motion granted.